# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136501
& (27)
(28)

DEBRA PERRY, as Next Friend of
POURCHIA STALLWORTH, and
DEBRA PERRY, Individually,
    Plaintiffs-Appellees,

v

BON SECOURS COTTAGE HEALTH
SERVICES, and DON MICHAEL
SCHRODER, M.D.,
    Defendants-Appellants,

v

FRANCISCO JOSE RODRIGUEZ, M.D.,
    Defendant.

_____/

SC: 136501
COA: 281557
Wayne CC: 05-535173-NM

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk